Place of hearing: ~~Gamboa~~ *El Renacer* Prison　　　　Docket number: 2:07cm1275-WC
Panama City, Panama

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED STATES FOR EXECUTION OF PENAL SENTENCE OF PANAMA

I, *Laticth Dawaune Ellis*, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United States for the execution of the penal sentence imposed on my by a court of PANAMA that:

1. My conviction or sentence can only be modified or set aside through appropriate proceedings brought by one or on my behalf in PANAMA;

2. My sentence will be carried out according to the laws of the United States;

3. If a court of the United States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United States, I may be returned to PANAMA for the purpose of completing my sentence if PANAMA requests my return; and

4. Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to the United States for the execution of the penal sentence imposed on me by a court of PANAMA.

_____
Signature of transferring prisoner

Subscribed before me this **12th** day of **July, 2007**. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer

*WALLACE CAPEL, U.S. Magistrate Judge*
Print name and Office